**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GARY LEE HARMON, | ) | Case No. 08-09999-AJM-7A |
| | ) | |
| Debtor. | ) | |
| | ) | |
| BRIAN L. WHITESELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding 08-50643 |
| | ) | |
| GARY LEE HARMON, SAMUEL TRAFELET, and WACHOVIA BANK NATIONAL ASSOCIATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF STIPULATIONS OF FACTS AND DOCUMENTS**

**Fact Stipulations**

Plaintiff Brian Whitesell, Plaintiff and Defendant Wachovia Bank, National Association,[1] Defendant Gary L. Harmon, and Defendant Samuel Trafelet, by their respective counsel, stipulate to the following facts relating to the consolidated adversary proceedings scheduled for trial on June 9-10, 2011:

1.  That Harmon signed his (Harmon's) name to the Note. A true and accurate copy of the Note is attached as Exhibit A of each of the adversary complaints in this consolidated matter.

---

[1] Wachovia Bank, National Association, was named as a Defendant in the adversary proceedings brought against Harmon and Trafelet by Whitesell (Nos. 08-50643 and 09-50256) and is Plaintiff in the adversary proceeding against Samuel Trafelet (No. 09-50233).

    2.    That Trafelet signed his (Trafelet's) name to the Note.

    3.    That Whitesell, Harmon, and Trafelet agreed that each individual would have a one-third ownership interest in Lot 91, the Conservatory, Palm Coast, Florida 32137 (the "Property").

    4.    That Whitesell, Harmon, and Trafelet agreed that each individual would be responsible for one-third of the purchase price of the Property.

    5.    That Whitesell had a separate agreement with Dave Andress governing the ownership of Whitesell's one-third share of the Property and the payment of Whitesell's one-third share of the Property.

    6.    That Whitesell never provided a power of attorney to Harmon or Trafelet relating to the Mortgage or Note. A true and accurate copy of the Mortgage is attached to Exhibit B of each of the adversary complaints in this consolidated matter.

    7.    That James Steffen is a hand-writing expert qualified to provide testimony pursuant to FRE 702.

Whitesell, Harmon and Trafelet, only, by their respective counsel, stipulate to the following facts relating to the consolidated adversary proceedings scheduled for trial on June 9-10, 2011:

    1.    That Whitesell was not present with Harmon and Trafelet when Harmon and Trafelet signed the Note and Mortgage.

    2.    That Harmon or Trafelet signed Whitesell's name to the Note and Mortgage.

**Stipulations as to Documents**

Whitesell, Wachovia Bank, National Association, Harmon, and Trafelet, by their respective counsel, stipulate that the following documents are true and correct copies of what they purport to be and the contents thereof are admissible for purposes of constituting record evidence in this case for the Court's consideration, namely:

1. Note.

2. Mortgage.

3. Harmon's Voluntary Petition and all Schedules filed in Case No. 08-09999-AJM-7A.

4. Trafelet's Voluntary Petition and all Schedules filed in Case No. 09-00670-AJM-7.

5. All pleadings and claims filed in Case Nos. 08-09999-AJM-7A and 09-00670-AJM-7.

6. Deposition Transcript and Exhibits of Whitesell.

7. Deposition Transcript and Exhibits of Harmon.

8. Deposition Transcript and Exhibits of Trafelet.

9. Deposition Transcript and Exhibits of Tera Pruess.

10. All discovery requests and responses thereto.

11. Audio recording of May 2, 2008 voicemail from Trafelet to Whitesell and transcript of same.

Respectfully submitted,

KROGER, GARDIS & REGAS, LLP

By /s/ Steven E. Runyan
    Harley K. Means, Atty No. 23068-32
    Steven E. Runyan, Atty No. 25771-29
    KROGER GARDIS & REGAS, LLP
    111 Monument Circle, Suite 900
    Indianapolis, IN 46204-5125
    Telephone: (317) 692-9000
    Facsimile: (317) 777-7448
    hmeans@kgrlaw.com
    srunyan@kgrlaw.com
    *Attorneys for Plaintiff Brian L. Whitesell*

By /s/ Louis T. Perry
    Louis T. Perry, Atty No. 25736-49
    Kayla Britton, Atty No. 29177-06
    BAKER & DANIELS LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, IN 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    *Attorney for Defendant Wachovia*
    louis.perry@bakerd.com
    Kayla.britton@bakerd.com

By /s/ Nathan Gooden
    Nathan Gooden, Atty No. 27122-49
    REDMAN LUDWIG, PC
    151 North Delaware Street, Suite 1106
    Indianapolis, IN 46204
    Telephone: (317) 685-2426
    Facsimile: (317) 636-8686
    *Attorneys for Defendants Gary L.*
*Harmon and Samuel T. Trafelet, Jr.*
    ngooden@redmanludwig.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing was served upon the following counsel of record by way of United States mail, postage prepaid, first class, this 3rd day of June 2011:

Louis T. Perry
Kayla Britton
Baker & Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
*Attorney for Defendant Wachovia*
louis.perry@bakerd.com


Nathan Gooden
Keith Gifford
Redman Ludwig, PC
151 North Delaware Street , Suite 1106
Indianapolis, IN 46204
*Attorneys for Defendants Gary L. Harmon and Samuel T. Trafelet, Jr.*
ngooden@redmanludwig.com

U.S. Trustee
Nancy J. Gargula
101 W. Ohio St.. Ste. 1000
Indianapolis, IN 46204
Ustpregion10.in.ecf@usdoj.gov


                                          /s/ Steven E. Runyan
                                          Steven E. Runyan