**SO ORDERED: August 17, 2011.**





**Anthony J. Metz III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY  L. HARMON | ) | Case No. 08-9999-AJM-7 |
| | ) | |
|    Debtor | ) | |
| _____ | ) | |
| | ) | |
| BRIAN L. WHITESELL | ) | |
| | ) | |
|    Plaintiff | ) | Adversary Proceeding No. 08-50643 |
| Vs. | ) | |
| | ) | |
| GARY L. HARMON, SAMUEL  T. TRAFELET | ) | |
| and WACHOVIA BANK | ) | |
| | ) | |
|    Defendants | ) | |
| _____ | ) | |
| | ) | |
| SAMUEL TOD TRAFELET, JR. | ) | Case No. 09-670-AJM-7 |
| | ) | |
|    Debtor | ) | |
| | ) | |
| WACHOVIA BANK, N.A. | ) | |
| | ) | |
|    Plaintiff | ) | Adversary Proceeding No. 09-50233 |
| Vs. | ) | (consolidated under Adversary Proceeding |
| | ) | No. 08-50643) |
| | ) | |
| SAMUEL TOD TRAFELET, JR. | ) | |
| | ) | |
|    Defendant | ) | |
| _____ | ) | |

1

SAMUEL TOD TRAFELET, JR.                          )        Case No. 09-670-AJM-7
                                                 )
        Debtor                                   )
                                                 )
BRIAN L. WHITESELL                               )
                                                 )
        Plaintiff                                )        Adversary Proceeding No. 09-50256
                                                 )        (consolidated under Adversary
                                                 )        Proceeding No. 08-50643)
                                        Vs.      )
                                                 )
SAMUEL TOD TRAFELET, JR. and                     )
WACHOVIA BANK, N.A.                              )
                                                 )
        Defendants                               )

## JUDGEMENT

The Court has entered its Findings of Fact and Conclusions of Law with respect to these consolidated adversary proceedings.  In accordance with those Findings and Conclusions, it is hereby ORDERED, ADJUDGED AND DECREED that:

1.      The Court declares, adjudges and finds that the signatures on the Note and Mortgage executed and delivered to Wachovia on or about April 25, 2005 are forgeries.  The Note and Mortgage are void and Brain L. Whitesell is not liable to Wachovia under the Note and Mortgage;

2.      The debt owed to Wachovia by Harmon and Trafelet is nondischargeable under §523(a)(2)(A) and Harmon and Trafelet are jointly and severally liable for $358,733.67 plus 4.75% interest accruing since April 21, 2008;

3.      The debt owed to Whitesell by Harmon and Trafelet is nondischargeable under §523(a)(2)(A) and Harmon and Trafelet are jointly and severally liable $17,500; and

4.      Harmon and Trafelet are liable for attorney fees and court costs pursuant to I.C. 34-24-3-1 (the Indiana Crime Victims relief Act) and I.C. 35-43-5-2(b) (forgery) in the amount represented by Plaintiff's Exhibit 14 at trial and the additional amount to be determined by the Court after the filing by Whitesell's attorneys of an affidavit of fees within thirty (30) days of the date of this Judgment and any hearing thereon.

Distribution:
Harley Means/ Steve Runyan, Attorneys for Brian Whitesell
Keith Gifford / Nathan Gooden, Attorneys for Gary Harmon and Samuel Tod Trafelet
Louis Perry / Kayla Britton, Attorneys for Wachovia Bank, N.A.