**SO ORDERED: August 22, 2011.**





**Anthony J. Metz III**
**United States Bankruptcy Judge**


# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY  L. HARMON | ) | Case No. 08-9999-AJM-7 |
| | ) | |
| Debtor | ) | |
| _____ | ) | |
| | ) | |
| BRIAN L. WHITESELL | ) | |
| | ) | |
| Plaintiff | ) | Adversary Proceeding No. 08-50643 |
| Vs. | ) | |
| | ) | |
| GARY L. HARMON, SAMUEL  T. TRAFELET | ) | |
| and WACHOVIA BANK | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |
| | ) | |
| SAMUEL TOD TRAFELET, JR. | ) | Case No. 09-670-AJM-7 |
| | ) | |
| Debtor | ) | |
| | ) | |
| WACHOVIA BANK, N.A. | ) | |
| | ) | |
| Plaintiff | ) | Adversary Proceeding No. 09-50233 |
| Vs. | ) | (consolidated under Adversary Proceeding |
| | ) | No. 08-50643) |
| | ) | |
| SAMUEL TOD TRAFELET, JR. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

1

```
                                            )
SAMUEL TOD TRAFELET, JR.                    )        Case No. 09-670-AJM-7
                                            )
        Debtor                              )
                                            )
BRIAN L. WHITESELL                          )
                                            )
        Plaintiff                           )        Adversary Proceeding No. 09-50256
                                            )        (consolidated under Adversary
                                            )        Proceeding No. 08-50643)
                                 Vs.        )
                                            )
SAMUEL TOD TRAFELET, JR. and                )
WACHOVIA BANK, N.A.                         )
                                            )
        Defendants                          )
```

## AMENDED FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Findings of Fact and Conclusions of Law issued on August 17, 2011 and docketed on August 18, 2011 (Docket entry #89) are hereby amended as follows:

**Page 23, paragraph 27, is hereby amended to read:**

27.    Wachovia reasonably relied on the forged signature on the Note and Mortgage and advanced funds in the amount of $362,599.25 to its detriment. The debt owed by Trafelet to Wachovia is also nondischargable under §523(a)(2)(A). Since the Court finds that the debt owed to Wachovia by Trafelet is nondischargeable under §523(a)(2)(A), the Court will not address Wachovia's claim for nondischargeability under §523(a)(4).

**Page 24 paragraph 2, is hereby amended to read:**

THEREFORE, it is ORDERED, ADJUDGED and DECREED that:

2.    The debt owed to Wachovia by Trafelet is nondischargeable under §523(a)(2)(A) Trafelet is liable for $358,733.67 plus 4.75% interest accruing since April 21, 2008;

Distribution: Harley Means/ Steve Runyan, Attorneys for Brian Whitesell
Keith Gifford / Nathan Gooden, Attorneys for Gary Harmon and Samuel Tod Trafelet
Louis Perry / Kayla Britton, Attorneys for Wachovia Bank, N.A.

3